B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Eastern District of Missouri

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Whitney Design, Inc.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**22-3341224** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5895 North Lindbergh Blvd.**<br>**Hazelwood, MO**<br>ZIP Code **63042** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Saint Louis** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Whitney Design, Inc.** ||
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Whitney Design, Inc.** |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>**X  /s/ David A. Warfield**<br>Signature of Attorney for Debtor(s)<br><br>**David A. Warfield 4642**<br>Printed Name of Attorney for Debtor(s)<br><br>**Thompson Coburn LLP**<br>Firm Name<br><br>**One U.S. Bank Plaza**<br>**St. Louis, MO 63101**<br><br>Address<br><br>**314-552-6000  Fax: 314-552-7000**<br>Telephone Number<br><br>**November 21, 2009**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X  /s/ James L. Glenn**<br>Signature of Authorized Individual<br><br>**James L. Glenn**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**November 21, 2009**<br>Date | |

# United States Bankruptcy Court
## Eastern District of Missouri

In re **Whitney Design, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Coda International, Ltd.<br>25 WHEELER AVENUE<br>Pleasantville, NY 10570 | Coda International, Ltd.<br>25 WHEELER AVENUE<br>Pleasantville, NY 10570 | Trade Debt | | 6,732.08 |
| Collector of Revenue<br>St. Louis County Government Center<br>P.O. Box 11491<br>Saint Louis, MO 63105-0291 | Collector of Revenue<br>St. Louis County Government Center<br>P.O. Box 11491<br>Saint Louis, MO 63105-0291 | Personal Property Taxes | | 9,716.19 |
| COLOR STAR PRODUCTS CO., LTD.<br>NO 73 HU DEE<br>MIN HWA LI<br>TALIN, CHIAI, TAIWAN 114 | COLOR STAR PRODUCTS CO., LTD.<br>NO 73 HU DEE<br>MIN HWA LI | Trade Debt | | 657,759.05 |
| CROWN PACKAGING CORP<br>17854 Chesterfield Airport Road<br>Chesterfield, MO 63005 | CROWN PACKAGING CORP<br>17854 Chesterfield Airport Road<br>Chesterfield, MO 63005 | Trade Debt | | 6,317.37 |
| FAVOR LIGHT ENTERPRISE LIMITED<br>NO. 780 SEC. 2<br>WEN CHANG ROAD<br>TA TU HSIANG<br>TAICHUNG COUNTY, TAIWAN R.O.C. 432 | FAVOR LIGHT ENTERPRISE LIMITED<br>NO. 780 SEC. 2<br>WEN CHANG ROAD<br>TAICHUNG COUNTY, TAIWAN R.O.C. 432 | Trade Debt | | 93,507.60 |
| FOSHAN SHUNDE YOUNGJIAN<br>NO. 38A YANDA ROAD<br>SANZHOU, LUNJIAO<br>SHUNDE, FOSHAN CITY<br>GUANGDONG PROVINCE, CHINA | FOSHAN SHUNDE YOUNGJIAN<br>NO. 38A YANDA ROAD<br>SANZHOU, LUNJIAO<br>GUANGDONG PROVINCE, CHINA | Trade Debt | | 124,394.82 |
| GARVEY SCHUBERT BARER<br>1191 SECOND AVE<br>18TH FLOOR<br>SEATTLE, WA 98101-2939 | GARVEY SCHUBERT BARER<br>1191 SECOND AVE<br>18TH FLOOR<br>SEATTLE, WA 98101-2939 | Legal fees | | 61,705.55 |

B4 (Official Form 4) (12/07) - Cont.

In re **Whitney Design, Inc.** Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| JOHNSON RAUHOFF<br>2525 LAKE PINES DRIVE<br>ST. JOSEPH, MI 49085 | JOHNSON RAUHOFF<br>2525 LAKE PINES DRIVE<br>ST. JOSEPH, MI 49085 | Trade Debt | | 5,405.00 |
| LEE MARKETING<br>4009 174TH CRT. NE<br>Redmond, WA 98052 | LEE MARKETING<br>4009 174TH CRT. NE<br>Redmond, WA 98052 | Trade Debt | | 5,644.96 |
| MAXPLUS MARKETING INTL. INC.<br>SUITE 2318 NO 587 SHATIAN TOWER<br>CHANG SHOU ROAD<br>SHANGHAI 200060 | MAXPLUS MARKETING INTL. INC.<br>SUITE 2318 NO 587 SHATIAN TOWER<br>CHANG SHOU ROAD<br>SHANGHAI 200060 | Trade Debt | | 64,981.80 |
| MEIJER VENDOR RECEIVABLES<br>2929 WALKER N.W.<br>Grand Rapids, MI 49544 | MEIJER VENDOR RECEIVABLES<br>2929 WALKER N.W.<br>Grand Rapids, MI 49544 | Trade Debt | | 100,000.00 |
| ONE BEACON<br>One Beacon Lane<br>Canton, MA 02021 | ONE BEACON<br>One Beacon Lane<br>Canton, MA 02021 | Trade Debt | | 5,890.66 |
| PHOENIX INTERNATIONAL FREIGHT SERVICES, LT.<br>36960 EAGLE WAY<br>CHICAGO, IL 60678-1369 | PHOENIX INTERNATIONAL FREIGHT SERVICES, LT.<br>36960 EAGLE WAY<br>CHICAGO, IL 60678-1369 | Trade Debt | | 33,828.07 |
| PHOTO SOURCE, INC.<br>2349 GRISSOM DRIVE<br>ST. LOUIS, MO 63146 | PHOTO SOURCE, INC.<br>2349 GRISSOM DRIVE<br>ST. LOUIS, MO 63146 | Trade Debt | | 12,419.78 |
| POLSTER, LIEDER, WOODRUFF<br>12412 Powers Court Dr.<br>Suite 200<br>Saint Louis, MO 63131-3615 | POLSTER, LIEDER, WOODRUFF<br>12412 Powers Court Dr.<br>Suite 200<br>Saint Louis, MO 63131-3615 | Legal fees | | 47,480.77 |
| SINCE HARDWARE (GUANG ZHOU) CO, LT<br>XIANG SHAN VILLAGE<br>HUA DONG TOWN, HUA DU DISTRICT<br>GUANGZHOU CITY, CHINA 510890 | SINCE HARDWARE (GUANG ZHOU) CO, LT<br>XIANG SHAN VILLAGE<br>HUA DONG TOWN, HUA DU DISTRICT | Trade Debt | | 22,668.68 |
| STORAGE SOURCES GROUP<br>11536 TEE TIME CIRCLE<br>NEW PORT RICHEY, FL 34654 | STORAGE SOURCES GROUP<br>11536 TEE TIME CIRCLE<br>NEW PORT RICHEY, FL 34654 | Trade Debt | | 5,495.00 |
| SUMMIT LOGISTICS INTERNATIONAL<br>780 NOGALES ST.<br>SUITE D, DEPT OTILA<br>CITY OF INDUSTRY, CA 91748 | SUMMIT LOGISTICS INTERNATIONAL<br>780 NOGALES ST.<br>SUITE D, DEPT OTILA<br>CITY OF INDUSTRY, CA 91748 | Trade Debt | | 28,068.64 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| TRI-KING (ASIA) LIMITED UNIT 401-4 4/F, BLOCK A HONG KONG INDUSTRIAL CENTER 489-491 CASTLE PEAK RD CHEUNG SHA WAN, KOWLOON, HONG KONG | TRI-KING (ASIA) LIMITED UNIT 401-4 4/F, BLOCK A HONG KONG INDUSTRIAL CENTER CHEUNG SHA WAN, KOWLOON, HONG KONG | Trade Debt | | 44,695.08 |
| WUNDERLICH FIBRE BOX CO 821 CLINTON ST ST. LOUIS, MO 63102 | WUNDERLICH FIBRE BOX CO 821 CLINTON ST ST. LOUIS, MO 63102 | Trade Debt | | 10,278.02 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **November 21, 2009**      Signature **/s/ James L. Glenn**
                                                        **James L. Glenn**
                                                        **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Missouri

In re **Whitney Design, Inc.**  
Debtor(s)

Case No. _____  
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of **5** page(s) and is true, correct and complete.

**/s/ James L. Glenn**  
**James L. Glenn**/**President**  
Signer/Title

Dated: **November 21, 2009**

Anderson Sommers
42 Fifth Avenue
Saratoga Springs, NY 12866

Coda International, Ltd.
25 WHEELER AVENUE
Pleasantville, NY 10570

Collector of Revenue
St. Louis County Government Center
P.O. Box 11491
Saint Louis, MO 63105-0291

COLOR STAR PRODUCTS CO., LTD.
NO 73 HU DEE
MIN HWA LI
TALIN, CHIAI, TAIWAN 114

CRG Consulting, Inc
2100 S.W. Wildwood Ave.
Bentonville, AR 72712

CROWN PACKAGING CORP
17854 Chesterfield Airport Road
Chesterfield, MO 63005

Dave Johnson
4400 Pemberton Cove
Alpharetta, GA 30022

David Samuel Silverbrand
U.S. Department of Justice; E-SVC
Commercial Litigation Branch-Civil Div.
1100 L. Street, NW; Room 4044
Washington, DC 20530

Dennis Hydron
1920 12th Avenue
Sacramento, CA 95818

Direct Link Marketing
14804 N.E. 20th Circle
Vancouver, WA 98684

Duke Realty Limited Partnership
520 Maryville Center Drive, Suite 200
Saint Louis, MO 63141-5819

Eagle Fund I, L.P.
101 South Hanley Road
Suite 1250
Saint Louis, MO 63105

Enterprise Bank & Trust
Attn.: James B. Lally
150 N. Meramec
Saint Louis, MO 63105

Esecson Associates, Inc.
dba A-Team Collaborative
P.O. Box 339
Kailua, HI 96734

FAVOR LIGHT ENTERPRISE LIMITED
NO. 780 SEC. 2
WEN CHANG ROAD
TA TU HSIANG
TAICHUNG COUNTY, TAIWAN R.O.C. 432

FOSHAN SHUNDE YOUNGJIAN
NO. 38A YANDA ROAD
SANZHOU, LUNJIAO
SHUNDE, FOSHAN CITY
GUANGDONG PROVINCE, CHINA

Frederick L. Ikenson
Blank Rome, LLP
E-SVC
600 New Hampshire Avenue, NW
Washington, DC 20037

GARVEY SCHUBERT BARER
1191 SECOND AVE
18TH FLOOR
SEATTLE, WA 98101-2939

Gregory D. Willard (Eagle)
Bryan Cave
211 North Broadway
Saint Louis, MO 63102

Hi-Light Imports, LTD
Unit E, Riffa Business Park
Harrogate Road
Pool-In-Warfedale
North Yorkshire LS21 2RZ

Hinge-It Corporation
Richard B. Lowe
5108 Riverview Drive
Indianapolis, IN 46205

Home Products International, Inc.
4501 West 47TH Street
CHICAGO, IL 60632

J. Talbot Sant (314 Holdings)
One Metropolitan Square
Saint Louis, MO 63102-2740

James L. Glenn
P.O. Box 35
Saint Albans, MO 63073

James L. Glenn and Paul L. Glenn
5895 North Lindbergh
Hazelwood, MO 63042

John Burke & Associates
90 Overlook Drive
New Canaan, CT 06840

JOHNSON RAUHOFF
2525 LAKE PINES DRIVE
ST. JOSEPH, MI 49085

Klatt-Jorwic & Associates, Inc.
P.O. Box 1385
Elmhurst, IL 60126-1385

LEE MARKETING
4009 174TH CRT. NE
Redmond, WA 98052

Lee Marketing/Northern
4009 174th Crt NE
Redmond, WA 98052

Mark Brown
1732 Coronita Dr.
Fenton, MO 63026

Mark J. Brown and Karen E. Brown
5895 North Lindbergh
Hazelwood, MO 63042

Marshall L. Turner
Husch Blackwell Sanders LLP
190 Carondelet Plaza, Suite 600
Saint Louis, MO 63105

Maxplus Group, Inc. - USA Office
20140 Channing Lane
Yorba Linda, CA 92887

MAXPLUS MARKETING INTL. INC.
SUITE 2318 NO 587 SHATIAN TOWER
CHANG SHOU ROAD
SHANGHAI 200060

MEIJER VENDOR RECEIVABLES
2929 WALKER N.W.
Grand Rapids, MI 49544

Merchandise Group
8905 Symmes Trace Ct.
Loveland, OH 45140

Mingerink & Associates
3341 Ashton S.E.
Grand Rapids, MI 49546

Moran Sales, Inc.
1525 Hamlet
Troy, MI 48084

Morgan & Sampson USA
11155 Dana Circle
Cypress, CA 90630

ONE BEACON
One Beacon Lane
Canton, MA 02021

PHOENIX INTERNATIONAL
FREIGHT SERVICES, LT.
36960 EAGLE WAY
CHICAGO, IL 60678-1369

PHOTO SOURCE, INC.
2349 GRISSOM DRIVE
ST. LOUIS, MO 63146

PIONEER BUSINESS SYSTEMS, INC.
2250 HIGHLAND VILLAGE RD.
SUITE 220
HIGHLAND VILLAGE, TX 75077

POLSTER, LIEDER, WOODRUFF
12412 Powers Court Dr.
Suite 200
Saint Louis, MO 63131-3615

Premium Products Int'l, Inc.
450 Island Road, #18
Ramsey, NJ 07446

Rebull International Corp.
Attn: David Brosius/Alberto E. Bustillo
PO Box 144617
Coral Gables, FL 33114

Robert E. Guest
Affinity Law Group
755 Ballas Rd., Suite 140
Saint Louis, MO 63141

SINCE HARDWARE (GUANG ZHOU) CO, LT
XIANG SHAN VILLAGE
HUA DONG TOWN, HUA DU DISTRICT
GUANGZHOU CITY, CHINA 510890

Southern Buckeye Marketing, Inc.
1605 Cedar Lane
Raleigh, NC 27614

STORAGE SOURCES GROUP
11536 TEE TIME CIRCLE
NEW PORT RICHEY, FL 34654

SUMMIT LOGISTICS INTERNATIONAL
780 NOGALES ST.
SUITE D, DEPT OTILA
CITY OF INDUSTRY, CA 91748

Synergy Marketing, Inc.
13801 Industrial Park Blvd.
Minneapolis, MN 55441

Team Spirit Design, Inc.
831 Broadway
New York, NY 10003

TRI-KING (ASIA) LIMITED
UNIT 401-4 4/F, BLOCK A
HONG KONG INDUSTRIAL CENTER
489-491 CASTLE PEAK RD
CHEUNG SHA WAN, KOWLOON, HONG KONG

U.S. Department of Commerce
14001 Constitution Avenue, NW
Washington, DC 20230

United States Department of Commerce
Office of the General Counsel
14th & Constitution Avenue NW
Mail Stop 5875 HCHB
Washington, DC 20230

WUNDERLICH FIBRE BOX CO
821 CLINTON ST
ST. LOUIS, MO 63102

Zhang Hong
B801 YA-LE-XUAN
#90 Tiangui Road, Huadu District
Guangzhou City, China 510800