UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: WHITNEY DESIGN, INC. )
) Case No. 09- 51928-705
) Chapter 11
Debtor. )
_____)
)
WHITNEY DESIGN, INC., )
Movant, )
)
v. )
)
UNITED STATES OF AMERICA, )
Respondent. )

## NOTICE OF APPEAL

The United States of America appeals under 28 U.S.C. § 158(a) from the Bankruptcy Court's

January 29, 2010 order entered January 29, 2010 (Docket No.90).

The parties to the order appealed from and the names, addresses, and telephone numbers of

their respective attorneys are as follows:

Peter Lumaghi
Office of the United States Trustee
111 S. 10th Street, Suite 6353
St. Louis, MO 63102
(314) 539-2952

David A. Warfield
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101
314-552-6079
Attorney for the Debtor

David A. Sosne
Summers Compton Wells PC
8909 Ladue Road
St. Louis, MO 63124
314-991-4999

Attorney for Home Products International, Inc.

Marshall C. Turner
Husch Blackwell Sanders LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314-480-1768
Attorney for Enterprise Bank and Trust

Gregory D. Willard
David M. Unseth
Bryan Cave
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
314-552-8595
Attorney for Eagle Fund I, L.P.

John Talbot Sant, Jr.
Armstrong Teasdale, LLP
One Metropolitan Square
Suite 2600
St. Louis, MO 63102-2740
314-621-5070 ext. 7903
Attorney for Household Essentials, LLC;
314 Holdings, LLC; James Glenn;
and Mark Brown

This 11th day of February, 2010.

                Respectfully submitted,

                TONY WEST
                Assistant Attorney General

                RICHARD G. CALLAHAN
                United States Attorney

                Wesley Wedemeyer
                Assistant United States Attorney
                Attorney No. 4909
                Thomas Eagleton U.S. Courthouse
                111 S. 10th Street, 20th Floor
                St. Louis, MO 63102

(314) 539-3900
(314) 539-2309 (f)


 //s// *Matthew J. Troy*
J. CHRISTOPHER KOHN
TRACY J. WHITAKER
MATTHEW J. TROY
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044
(202) 514-9038
(202) 307-0494 (f)

Attorneys for the United States of America

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2010 a copy of the foregoing Notice of Appeal was filed electronically with the Clerk of the Court, and served electronically upon participants in the Court's CM/ECF system, including:

Office of the United States Trustee
111 S. 10th Street, Suite 6353
St. Louis, MO 63102

David A. Warfield
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101

David A. Sosne
Summers Compton Wells PC
8909 Ladue Road
St. Louis, MO 63124

Marshall C. Turner
Husch Blackwell Sanders LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

Gregory D. Willard
Bryan Cave
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

John Talbot Sant
Armstrong Teasdale, LLP
One Metropolitan Square
Suite 2600
St. Louis, MO 63102-2740

*//s// Matthew J. Troy*
Matthew J. Troy
Attorney for the United States of America