UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: WHITNEY DESIGN, INC., <br><br> Debtor. <br> _____ <br><br> WHITNEY DESIGN, INC., <br> Movant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> Respondent. | Case No. 09- 51928-705 <br> Chapter 11 |

## APPELLANT UNITED STATES OF AMERICA'S STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellant United States of America submits its Statement of Issues to Be Presented on Appeal with respect to its Notice of Appeal filed February 11, 2010 (Docket No. 93).

1. Whether the Bankruptcy Court erred in granting the Amended Motion to Sell.

2. Whether the Bankruptcy Court erred in authorizing the sale of the Debtor's assets.

3. Whether the requirements of 11 U.S.C. § 363(b) were satisfied.

4. Whether a sound business purpose existed for the sale of the Debtor's assets.

5. Whether accurate and reasonable notice of the sale of the Debtor's assets was provided.

6. Whether the sale of the Debtor's assets unfairly benefitted the Debtor's insiders.

7. Whether the sale of the Debtor's assets unfairly benefitted Household Essentials, LLC.

8. Whether the sale of the Debtor's assets unfairly favored a creditor or class of creditors.

9. Whether the sale of the Debtor's assets was for a fair and reasonable price.

10. Whether the sale of the Debtor's assets was contrary to public policy.

11. Whether the United States was entitled to adequate protection under 11 U.S.C. § 363(e).

12. Whether the Debtor could provide adequate protection of the United States' interests under 11 U.S.C. § 363(e).

13. Whether the requirements of 11 U.S.C. § 363(f) were satisfied.

14. Whether the Debtor's assets could be sold free and clear of the United States' interests or claims.

15. Whether Household Essentials, LLC was the holder of a secured claim.

16. Whether Household Essentials, LLC was entitled to credit bid under 11 U.S.C. § 363(k).

17. Whether the sale of the Debtor's assets was proposed in good faith.

18. Whether Household Essentials, LLC was a good faith purchaser under 11 U.S.C. § 363(m).

19. Whether the United States was entitled to a stay pending appeal of the Order Granting the Amended Motion to Sell.

This 24th day of February 2010.

                          Respectfully submitted,

                          TONY WEST
                          Assistant Attorney General

                          RICHARD G. CALLAHAN
                          United States Attorney

                          WESLEY WEDEMEYER
                          Assistant United States Attorney
                          Thomas Eagleton U.S. Courthouse
                          111 S. 10th Street, 20th Floor
                          St. Louis, MO 63102
                          (314) 539-3900
                          (314) 539-2309 (f)


                          _//s// *Matthew J. Troy*_____
                          J. CHRISTOPHER KOHN
                          TRACY J. WHITAKER
                          MATTHEW J. TROY
                          Attorneys, Civil Division
                          U.S. Department of Justice
                          P.O. Box 875
                          Ben Franklin Station
                          Washington, D.C. 20044
                          (202) 514-9038
                          (202) 307-0494 (f)

                          Attorneys for the United States of America

<u>**CERTIFICATE OF SERVICE**</u>

   I hereby certify that on this 24th day of February 2010 a copy of the foregoing Statement of Issues to Be Presented on Appeal was filed electronically with the Clerk of the Court, and served electronically upon participants in the Court's CM/ECF system, including:


Office of the United States Trustee
111 S. 10th Street, Suite 6353
St. Louis, MO 63102

David A. Warfield
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101

David A. Sosne
Summers Compton Wells PC
8909 Ladue Road
St. Louis, MO 63124

Marshall C. Turner
Husch Blackwell Sanders LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

Gregory D. Willard
Bryan Cave
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

John Talbot Sant
Armstrong Teasdale, LLP
One Metropolitan Square
Suite 2600
St. Louis, MO 63102-2740

               *//s// Matthew J. Troy*
               Matthew J. Troy
               Attorney for the United States of America