# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 09-51928 |
| WHITNEY DESIGN, INC., | ) Chapter 11 |
| | ) Honorable Charles E. Rendlen III |
| Debtor. | ) |
| | ) Hearing Date: March 30, 2011 |
| | ) Hearing Time: 10:00 a.m. |
| | ) Hearing Location: |
| | )    Courtroom 7-South |
| | )    United States Bankruptcy Court |
| | )    Eastern District of Missouri |

## MOTION TO DISMISS DEBTOR'S BANKRUPTCY CASE

**COMES NOW** Debtor Whitney Design, Inc. ("Debtor"), by and through counsel, and moves for an Order dismissing Debtor's bankruptcy case. In support thereof, Debtor states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction to hear and determine this matter pursuant to 28 U.S.C. §§ 157 and 1334, and 11 U.S.C. § 1112. This matter is a "core" proceeding pursuant to 28 U.S.C. § 157(b).

2. Venue is present in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

3. On November 21, 2009 (the "Petition Date"), Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Missouri (this "Court").

4. On November 25, 2009, Debtor filed a motion to sell substantially all of its assets to Household Essentials, LLC ("Household Essentials"), subject to higher and better bids (the "Sale Motion").

5. On December 4, 2009, this Court entered an Order establishing bidding and auction procedures for submitting competing bids for Debtor's assets and establishing objection deadlines and hearing dates for the Sale Motion.

6. By Order entered January 29, 2010 (the "Sale Order"), this Court granted the Sale Motion, and the sale of assets to Household Essentials closed that same day.

7. On February 11, 2010, the United States of America (the "United States") appealed the Sale Order to the United States District Court for the Eastern District of Missouri (the "District Court"). This appeal was dismissed by the District Court on January 11, 2011. The time for the United States to appeal the District Court's order of dismissal expired on March 14, 2011.

**RELIEF REQUESTED**

8. Section 1112(b) of the Bankruptcy Code provides that, "on request of a party in interest . . . the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of the creditors and the estate, if the movant establishes cause."

9. Cause exists in this case to dismiss Debtor's bankruptcy case because the estate does not have any assets available for distribution to its creditors.

10. During the time in which the appeal was pending, Debtor sold its remaining inventory in the ordinary course of business and has ceased operations. As of February 28, 2011, the only tangible asset remaining in Debtor's bankruptcy estate was $6,101 in cash. See Debtor's Monthly Operating Report for February 2011 (Docket No. 131). This money will be used to pay the outstanding professional fees incurred by Debtor in concluding this bankruptcy case and to pay US Trustee fees and other court costs.

11. The only other assets remaining in Debtor's bankruptcy estate are avoidance actions under Chapter 5, subchapter III of the Bankruptcy Code and under any other state or federal law providing for recovery of consideration given, or reversal of any transfer by or for the benefit of Debtor (collectively, the "Avoidance Actions").

12. The only Avoidance Actions of which Debtor is aware are those under § 547 of the Bankruptcy Code for transfers made by Debtor to its creditors in the 90 days prior to the Petition Date (the "Preference Period")

13. Based on its analysis of the applicability of the ordinary course of business defense to the payments made by Debtor during the Preference Period, Debtor has determined that the costs of pursuing these Avoidance Actions would likely outweigh the net recovery from such Avoidance Actions. This is because Debtor's analysis shows that a majority of the payments made by Debtor during the Preference Period were not made materially later or earlier than the payments made in the twelve months preceding the Preference Period.

14. As Debtor has determined that the Avoidance Actions are of inconsequential value to the estate and the only cash remaining the Debtor's estate is needed to wind up the case, there will be no distribution available to any of Debtor's creditors, either inside or outside of bankruptcy.

15. Cause exists to dismiss Debtor's bankruptcy case and dismissal is in the best interests of Debtor's bankruptcy estate and its creditors because no purpose would be served by Debtor remaining in bankruptcy. The order dismissing the Debtor's case should specifically provide that all orders, judgments, and decrees entered in connection with the Bankruptcy Court shall be unaffected by the dismissal of the case.

**WHEREFORE**, Debtor respectfully requests that this Court enter an Order dismissing Debtor's bankruptcy case and granting such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted,

THOMPSON COBURN LLP

By  */s/ Allison E. Graves*
David A. Warfield, #34288MO
Allison E. Graves, #60748MO
One US Bank Plaza
St. Louis, Missouri 63101
(314) 552-6015 (Phone)
(314)-552-7015 (Fax)

Attorneys for Debtor and Debtor-in-Possession

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and genuine copy of the foregoing was served electronically on this 15th day of March, 2011 on all parties receiving notice via the Court's CM/ECF notice list.

The undersigned further certifies that a true and genuine copy of the foregoing was served this 15th day of March, 2011 on all parties listed on the attached Exhibit A via first class mail, postage prepaid.

*/s/ Allison E. Graves*

| | EXHIBIT A | | |
|---|---|---|---|
| Name | Address | City, State | Zip Code |
| ALLIED INDUSTRIAL EQUIPMENT | 9388 DIELMAN IND. DR. | ST. LOUIS, MO | 63132 |
| CODA INTERNATIONAL LTD. | 25 WHEELER AVENUE | PLEASANTVILLE, NY | 10570 |
| COLLECTOR OF REVENUE | ST. LOUIS COUNTY GOVERNMENT CENTER, P.O. BOX 11491 | ST. LOUIS, MO | 63105-0291 |
| COLOR STAR PRODUCTS CO., LTD. | NO 2 YIAN XI RD<br>HONG KUAN INDUSTRIAL PARK | YIANGXIA, FUQING, FUJIAN | CHINA |
| CONSUMER TESTING LABS (FAR EAST) LTD. | P.O. BOX 952766 | ATLANTA, GA | 31192-2766 |
| CROWN PACKAGING CORP | PO BOX 17806 M | ST. LOUIS, MO | 63195 |
| DANIEL R. JOHNSON | RYAN KROMHOLZ & MANION, S.C., P.O. BOX 26618 | MILWAUKEE, WI | 53226 |
| DOUGLAS G. PLEUS | 14323 S. OUTER FOURTY, SUITE 310 N | CHESTERFIELD, MO | 63107 |
| FAVOR LIGHT ENTERPRISE LIMITED | C/O NO. 780<br>2 SEC WEN CHANG ROAD, TA TU | HSIANG, TAICHUNG TAIWAN | |
| FOSHAN SHUNDE YOUNGJIAN | HOSUEWARES & HARDWARE NO. 38A<br>YANGDA RD. SANZHOU | FOSHAN CITY, GUANGDONG | |
| GARVEY SCHUBERT BARER | 1191 SECOND AVE, 18TH FLOOR | SEATTLE, WA | 98101-2939 |
| HOMEWORLD | ICD PUBLICATIONS<br>PO BOX 854 | EAST SETAUKET, NV | 11733 |
| JAMES L. GLENN | 318 ST. ANDREWS DRIVE, P.O. BOX 35 | ST. ALBANS, MO | 63073 |
| JOHNSON RAUHOFF | 2525 LAKE PINES DRIVE | ST. JOSEPH, MI | 49085 |
| MAXPLUS MARKETING INTL. INC. | SUITE 2318, NO. 587<br>SHATIAN TOWER, CHANG SHOU | SHANGHAI, CHINA | 200060 |
| MEIJER VENDOR RECEIVABLES | 2929 WALKER N.W. | GRAND RAPIDS, MI | 49544 |
| MEYER LOGISTICS | 4403 GORDON AVE. | ST. LOUIS, MO | 63134 |
| MID AMERICA COFFEE SERVICE | 618 SOUTH BOYLE AVE | ST. LOUIS, MO | 63110 |
| ONE BEACON | ONE BEACON LANE | CANTON, MA | 02021 |
| PHOTO SOURCE, INC. | 2349 GRISSOM DRIVE | ST. LOUIS, MO | 63146 |
| PIONEER BUSINESS SYSTEMS, INC. | 2250 HIGHLAND VILLAGE RD., SUITE 220 | HIGHLAND VILLAGE, TX | 75077 |
| POLSTER, LIEDER, WOODRUFF | PO BOX 798223 | ST. LOUIS, MO | 63179-8000 |
| PRIMARY NETWORK, ATTN: ACCOUNTS RECEIVABLE | P.O. BOX 28336 | ST. LOUIS, MO | 63146 |
| SINCE HARDWARE (GUANG ZHOU) CO. LT | XIANG SHAN VILLAGE, HUA DONG TOWN, HUA DU DISTRICT | GUANGZHOU CITY, CHINA | 510890 |
| STORAGE SOURCES GROUP | 11536 TEE TIME CIRCLE | NEW PORT RICHEY, FL | 34654 |
| THE FISH LAW FIRM P.C. | 1770 N. PARK ST., STE 202 | NAPERVILLE, IL | 60563 |
| THOMAS E. BIRON | BLANK ROME, LLP, ONE LOGAN SQUARE, 130 NORTH 18TH STREET | PHILADELPHIA, PA | 19103-6992 |
| TRI-KING (ASIA) LIMITED | UNIT 401-4 4/F, BLOCK A<br>489-491 CASTLE PEAK RD | KOWLOON, HONG KONG | |
| WUNDERLICH FIBRE BOX CO | 821 CLINTON ST | ST. LOUIS, MO | 63102 |