UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| WHITNEY DESIGN, INC., ) | |
| ) | |
| Debtor, ) | |
| _____ | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | Case No. 4:10-CV-441 (CEJ) |
| ) | |
| WHITNEY DESIGN, INC., ) | |
| ) | |
| Appellee. ) | |

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that the appeal by the United States of America of the Bankruptcy Court's January 29, 2010 order [Doc. #1] is **dismissed as moot.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 11th day of January, 2011.