**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) **Case No. 09-51928** |
| **WHITNEY DESIGN, INC.,** | ) **Chapter 11** |
| | ) **Honorable Charles E. Rendlen III** |
| Debtor. | ) |
| | ) **RE: Dkt. No. 132** |

**ORDER GRANTING**
**MOTION TO DISMISS DEBTOR'S BANKRUPTCY CASE**

This matter comes before the Court upon the *Motion to Dismiss Debtor's Bankruptcy Case* (the "Motion") filed by Debtor Whitney Design, Inc. ("Debtor") on March 15, 2011 (Dkt. No. 132); and it appearing that notice of the motion was good and sufficient under the particular circumstances and that no further notice need be given; and that no objections thereto were filed; and after due deliberation thereon and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** as to the relief requested thereby;

**IT IS FURTHER ORDERED** that Debtor's bankruptcy case is hereby dismissed; and

**IT IS FURTHER ORDERED** that all orders, judgments, and decrees entered in connection with Debtor's bankruptcy case shall be unaffected by and shall not be vacated upon the dismissal of the case.

*Charles E. Rendlen III*
CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

DATED: March 30, 2011
St. Louis, Missouri
spt

Order Prepared By:

David A. Warfield
Thompson Coburn LLP
One U.S. Bank Plaza
St. Louis MO 63101